Bankruptcy Case No.  14-35302-KLP

Adversary Proceeding No.  14-03185-KLP

# CERTIFICATE OF SERVICE

I, __Robert B. Duke Jr._____, certify that I am, and at all times during the service of process was, not less than
_____(name)_____
18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this
summons and a copy of the complaint was made __December 23, 2014_____ by:
(date)

**✗** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
U.S. Bank National Association, c/o CT Corporation System, 4701 Cox Road, Suite 285 Glen Allen, VA 23060, and
Weinstein & Riley P.S., c/o Daniel Ross, 2001 Western Ave. #400, Seattle, WA 98121, and
Mortgage Electronic Systems Inc., c/o Sharon Horstkamp, 1818 Library Street Ste. 300, Reston, VA 20190

__ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


__ Residence Service: By leaving the process with the following adult at:


**✗** Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the
following officer of the defendant at:
U.S. Bank National Association, Attn: Richard K. Davis, President, 425 Walnut Street, Cincinnati, OH 45202


__ Publication: The defendant was served as follows: [Describe briefly]


__ State Law: The defendant was served pursuant to the laws of the State of _____ ,
as follows: [Describe briefly]                                                                          (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


____December 23, 2014____        /s/ Robert B. Duke Jr._____
Date                                              Signature

| **Print Name** | | |
| --- | --- | --- |
| Robert B. Duke Jr. | | |
| **Business Address** | | |
| 2312 Boulevard | | |
| **City** | **State** | **Zip** |
| Colonial Heights | VA | 23834 |

[ver. 05/02]